CAROL W. WU
25A Crescent Drive #413
Pleasant Hill, CA 94523
(408) 404-7039
Trustee in Bankruptcy

**FILED**
JUL 25 2013
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

ORIGINAL

# IN THE UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

In re:

**WESTERN PRECISION, INC.**

Debtor(s)

Case No. 05-56135-CN

Chapter 7

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $3,652.98. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 11 | Manuel Santillana<br>728 Bucher Avenue<br>Santa Clara, CA 95051 | $3,652.98 | $3,652.98 |

Total Unclaimed Dividends: $3,652.98

Dated: July 24, 2013

CAROL W. WU, TRUSTEE